This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**JOE GRIEGO,**

    Worker-Appellant,

v.                                                                                  **NO. 29,914**

**TRES HERMANOS DAIRY,**

    Employer-Appellee.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Terry S. Kramer, Workers' Compensation Judge**

Maria T. Martinez
Albuquerque, NM

for Appellant

James Lawrence Sanchez, Trial Lawyer, P.C.
James L. Sanchez
Belen, NM

for Appellee

### MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

    Summary affirmance was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

**AFFIRMED.**

**IT IS SO ORDERED.**


_____
MICHAEL D. BUSTAMANTE, Judge

WE CONCUR:


_____
MICHAEL E. VIGIL, Judge


_____
ROBERT E. ROBLES, Judge